1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RANDY HOUSTON,                )
                                  )
13         Plaintiff,             ) CIVIL NO.   05-04644 MMC
                                  )
14      v.                        ) STIPULATION AND ORDER EXTENDING
                                  ) DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,           ) RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, ) MOTION FOR SUMMARY JUDGMENT
16                                )
           Defendant.             )
17 _____)

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 March 31, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on May 1, 2006.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---

[1]  See attached Declaration of John Cusker.

This is defendant's first request.

Dated: March 24, 2006

/s/
GLENN M. CLARK
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: March 24, 2006     By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 27, 2006

MAXINE M. CHESNEY
United States District Judge

HOUSTON, EXT.MXSJ (jcc)
C 05-04644 MMC                    2